IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                                                         Case No. 11-31436
     ZIMMERMAN, LISA M. : Chapter 7
                                                                                         Judge Guy R. Humphrey
                   Debtor. :

**NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE
PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT**

As set forth below, the Trustee proposes to sell and or dispose to the Debtor certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, <u>then on or before Twenty One (21) days from the Date of Issuance set forth below,</u> you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

     The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
     Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                                               7925 Graceland Street
                                                                                               Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/11/2011**                                                                 **/s/ *John Paul Rieser***
_____                      _____
Date of Issuance                                                          John Paul Rieser, Esq.

# NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtor in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtor.

The property at issue is a 2009 Honda Pilot ("Vehicle") scheduled by the Debtor. The Debtor scheduled the value of the Vehicle as $25,500.00. The Trustee determined the value of the Vehicle to be $27,562.00 based on the average of NADA average trade in value ($25,250.00) and NADA clean retail ($29,875.00). From this value, the Trustee deducted (1) Debtor's exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00; (2) the average cost of sale amount of $462.50[1];(3) the amount owed on lien ($19,000.00). The non-exempt equity owed to creditors for the Vehicle is $3,500.00 and the Debtor has paid this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtor to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT** was served this 11th day of October, 2010, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

Richard E West bknotice@woh.rr.com

*/s/ John Paul Rieser*
_____
John Paul Rieser [lrs/707]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:11-bk-31436<br>Southern District of Ohio<br>Dayton<br>Mon Oct 10 16:51:47 EDT 2011 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | HSBC Bank Nevada, NA<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | AT&T Universal Card<br>PO Box 182564<br>Columbus, OH 43218-2564 | Allied Interstate<br>3000 Corporate Exchange Dr.<br>Columbus, OH 43231-7684 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | Best Buy/HSBC<br>PO Box 4144<br>Carol Stream, IL 60197-4144 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 248839<br>Oklahoma City OK 731248839 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Chase Bank USA<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citibank<br>PO Box 182564<br>Columbus, OH 43218-2564 |
| Dayton Municipal Court<br>Civil Division<br>301 W. Third Street<br>Dayton, OH 45402-1446 | Equifax<br>PO Box 619054<br>Dallas, TX 75261-9054 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Extreme Dental Care<br>7058 Corporate Way, Suite 3<br>Dayton, OH 45459-4243 | Extreme Dental Care<br>W. Brandon Witters DDS<br>7058 Corporate Way, Suite 3<br>Dayton, OH 45459-4243 |
| GE Money<br>PO Box 960061<br>Orlando, FL 32896-0061 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GE Money Bank/Gap<br>PO Box 530942<br>Atlanta, GA 30353-0942 |
| GEMB/Old Navy<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Genpact Services, LLC<br>PO Box 1969<br>Southgate, MI 48195-0969 | HSBC Bank<br>Dept. 9600<br>Carol Stream, IL 60128-9600 |

| | | |
|---|---|---|
| Javitch, Block & Rathbone<br>1100 Superior Ave., 18th Floor<br>Cleveland, OH 44114-2518 | Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 |
| Messerli & Kramer<br>Attorney at Law<br>3033 Campus Drive, Suite 250<br>Minneapolis, MN 55441-2662 | New York & Company<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Oakwood Municipal Court<br>30 Park Ave.<br>Dayton, OH 45419-3400 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND,OH 44101-4982 | PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | PNC Mortgage<br>PO Box 1820<br>Dayton, OH 45401-1820 |
| PYOD LLC its successors and assigns as assig<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | TransUnion<br>PO Box 1000<br>Chester, PA 19016-1000 |
| TransUnion Credit Bureau<br>PO Box 2000<br>Chester, PA 19016-2000 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Collection Bureau<br>5620 Southwyck Blvd<br>Suite 206<br>Toledo, OH 43614-1501 |
| WFNNB/The Company Store<br>PO Box 659465<br>San Antonio, TX 78265-9465 | Zwicker & Associates<br>2300 Litton Lane, Suite 200<br>PO Box 597<br>Hebron, KY 41048-0597 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 |
| Lisa Marie Zimmerman<br>233 Hadley Ave.<br>Dayton, OH 45419-2609 | Richard E West<br>195 E Central Avenue<br>PO Box 938<br>Springboro, OH 45066-0938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>POB 168088<br>Irving, TX 75016-8088 | (d)American Honda Finance Corp.<br>PO Box 60001<br>City of Industry, CA 91716-0001 | (d)American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 |
| Portfolio Recovery Associates LLC<br>POB 12914<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |

(d)US Bank N.A.  
Bankruptcy Department  
POB 5229  
Cincinnati, OH 45201-5229  

End of Label Matrix  
Mailable recipients   49  
Bypassed recipients    0  
Total           49